UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHAEL MINOR | CIVIL ACTION |
| VERSUS | NO. 17-4073 |
| BP EXPLORATION & PRODUCTION INC., *et al.* | SECTION M (1) |

## ORDER & REASONS

Before the Court is a motion by plaintiff Michael Minor to disqualify the undersigned from these proceedings.[1] Defendants BP Exploration & Production Inc., BP America Production Company, and BP p.l.c respond in opposition,[2] and Minor replies in further support of his motion.[3] The same motion has been filed in more than a dozen B3 cases. Having considered the parties' memoranda, the record, and the applicable law, the Court denies the motion for the reasons articulated at length in the Order & Reasons issued in *Carpenter v. BP Exploration & Production Inc.*, No. 17-3645, R. Doc. 63 (E.D. La. July 14, 2022), because there is no actual conflict of interest or appearance of impropriety, and the motion was untimely filed. A judge has an affirmative duty not to disqualify himself or herself unnecessarily, and because Minor raises no compelling or persuasive grounds for disqualification here, it is unnecessary and, indeed, would be improper for the undersigned to do so.

Accordingly,

IT IS ORDERED that Minor's motion to disqualify (R. Doc. 48) is DENIED.

---

[1] R. Doc. 48.
[2] R. Doc. 58. Defendants Transocean Holdings, LLC, Transocean Deepwater, Inc., Transocean Offshore Deepwater Drilling, Inc., and Halliburton Energy Services, Inc. join in the opposition. *Id.* at 1.
[3] Minor filed a motion for leave to file a reply (R. Doc. 60), which is GRANTED. The Court has considered the reply.

New Orleans, Louisiana, this 14th day of July, 2022.

                                                                       _____
                                                                       BARRY W. ASHE
                                                                       UNITED STATES DISTRICT JUDGE